Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000567
27-OCT-2016
08:56 AM

NO. CAAP-16-0000567

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DTRIC INSURANCE COMPANY, LIMITED, Plaintiff-Appellant,
v.
HAWAII COMMUNITY DEVELOPMENT AUTHORITY, Defendant-Appellee,
and
DOES 1-100, Defendants

--------

HAWAII COMMUNITY DEVELOPMENT AUTHORITY, Defendant and Third-Party
Plaintiff-Appellee,
v.
MITSUNAGA & ASSOCIATES, INC. And HUDSON INSURANCE COMPANY,
Third-Party Defendants-Appellees,
and
DOES 1-100, Third-Party Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-1585-07)

ORDER GRANTING THE OCTOBER 11, 2016
"MOTION TO DISMISS APPEAL WITH PREJUDICE"
(By: Nakamura, C.J., Foley and Reifurth, JJ.)

Upon consideration of the "Motion to Dismiss Appeal
with Prejudice," filed by Plaintiff-Appellant DTRIC Insurance
Company, Limited, on October 11, 2016, the papers in support, the
joinder in the motion filed by Defendant and Third-Party
Plaintiff/Appellee Hawaii Community Development Authority on
October 14, 2016, and the record, and noting no opposition,

IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, October 27, 2016.

Chief Judge

Associate Judge

Associate Judge